# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FRASER, an individual; <br><br> Plaintiff, <br><br> v. <br><br> MINT MOBILE, LLC, a Delaware limited liability company, <br><br> Defendant. | Case No. 3:22-cv-00138-WHA <br><br> **JOINT STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, by and through their undersigned counsel of record, and pursuant to the terms of Fed.R.Civ.P. 41(a)(1)(A)(ii), this action shall be, and all claims in this matter are, **DISMISSED WITH PREJUDICE**; and that Plaintiff and Defendant shall bear their own attorneys' fees and costs related to this action.

**IT IS SO STIPULATED.**

Dated:   October 19, 2022

Respectfully submitted,

/s/ David C. Silver
David C. Silver, Esq. (*Pro Hac Vice*)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, FL 33065
Phone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com

Matt Putterman, Esq. (SBN 306845)
**PUTTERMAN LAW, APC**
23 Corporate Plaza Drive - Suite 150
Newport Beach, CA 92660
Phone: (949) 271-6382
E-Mail: Matt@Putterman-Law.com

*Attorneys for Plaintiff Daniel Fraser*

/s/ Jill H. Fertel
Jill H. Fertel, Esq. (*Pro Hac Vice*)
**CIPRIANI & WERNER PC**
450 Sentry Parkway - Suite 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
E-Mail: ekoschineg@c-wlaw.com
jheinz@c-wlaw.com
JFertel@c-wlaw.com

Michael B. Sachs, Esq. (SBN 235048)
**CLARK HILL LLP**
505 Montgomery Street - 13th Floor
San Francisco, CA 94111
Telephone: (415) 984-8530
Facsimile: (415) 984-8599
E-Mail: msachs@clarkhill.com

*Attorneys for Defendant Mint Mobile, LLC*

### ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, David C. Silver, hereby attest that concurrence in the filing of this document has been obtained from Defendant's counsel Jill H. Fertel.

Dated: October 19, 2022

/s/ David C. Silver
David C. Silver

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge